## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| THE TOWN OF PINE HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-00284 |
| | ) |
| 3M COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rule 3 of the Federal Rules

of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals

to the United States Court of Appeals for the Eleventh Circuit from the final

judgment entered in the above-captioned case on March 6, 2025 (Dkt. No. 87)

remanding this civil action to the state court from which it was removed.

Respectfully submitted,

Dated:  March 6, 2025          */s/ Harlan I. Prater, IV*
                              One of the Attorneys for Defendant 3M
                              Company

OF COUNSEL:

M. Christian King
Harlan I. Prater, IV
W. Larkin Radney, IV
Benjamin P. Harmon
Jacob Salow

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com
bharmon@lightfootlaw.com
jsalow@lightfootlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record.

/s/ Harlan I. Prater, IV
OF COUNSEL