# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

March 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-10746-W
Case Style: The Town of Pine Hill, Alabama v. 3M Company
District Court Docket No: 2:24-cv-00284-KD-N

Acknowledgement Required
**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

Oral Argument Calendar and Location
The Court has determined that the cases listed on the attached calendar are to be orally argued during the week of 05/04/2026 in Montgomery, Alabama. Counsel for each party must present oral argument unless excused by the Court for good cause shown. *As of the date of this letter, any change in or addition to counsel in this appeal requires leave of the Court. See 11th Cir. R. 34-4(e)*

Panel Assignment
The names of the panel members for this oral argument session may be obtained visiting this Court's website at https://www.ca11.uscourts.gov/oral-argument-calendars or by calling the Clerk's Office, no earlier than 04/21/2026. For Miami sessions, you may call (305) 579-4430.

Electronic Devices
Please see the Court's Portable Electronic Devices Policy regarding the possession and use of electronic devices https://www.ca11.uscourts.gov/court-policies.

Amicus Curiae
An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).

Questions
If you have questions or concerns, please contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:         404-335-6122

Case Administration: 404-335-6135  Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125  Cases Set for Oral Argument: 404-335-6141

CAL-1 Oral Argument Calendar Issued