# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Frank M .Johnson, Jr. United States Courthouse
**15 Lee Street entrance**
Montgomery, Alabama 36104
334-954-3790

HEARING LOCATION

Courtroom 405
Frank M. Johnson, Jr. United States Courthouse
One Church Street **(entrance at 15 Lee Street)**
MONTGOMERY, ALABAMA

COURT CONVENES AT 9:00 A.M. (Central Time)
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, MAY 5, 2026

| | |
|---|---|
| 24-13513 | Mitchell Marbury, Appellant v. Warden III, et al. |
| 24-13676 | Tara Moore, Appellant v. United States |
| 25-10746 | The Town of Pine Hill, Alabama v. 3M Company, Appellant |
| 25-10843 | Kandace Edwards, Appellant v. Randolph County Sheriff, et al. |

### WEDNESDAY, MAY 6, 2026

| | |
|---|---|
| 25-10547 | Schrade Jones, et al., Appellants v. United States |
| 25-10676 | Walter Pettaway, Appellant v. Nicholas Barber, et al. |
| 24-13664 | Wharf Retail Properties, LLC, Appellant v. Landmark American Insurance Company |
| 25-11147 | Billy Hunt, Appellant v. The Parsons Corporation |

### THURSDAY, MAY 7, 2026

| | |
|---|---|
| 25-10073 | United States v. Kenneth Mininger, Appellant |
| 24-11534 | Connie Morris, Appellant v. Bessemer City Board of Education |
| 24-13873 | Bobby Clayton v. Essentia Insurance Company, Appellant |
| 23-10121 | Frantisek Pribyl, Appellant v. Warden, et al. |

### FRIDAY, MAY 8, 2026

| | |
|---|---|
| 24-12888 | Curtis Davis, et al., Appellants v. Mar-Jac Poultry, AL, LLC |
| 24-11754 | Chantele Foster, et al. v. Kevin Emberg, Appellant |
| 25-13297 | Gloria Holladay, Appellant v. Gestamp Alabama, LLC |
| 24-13875 | Gloria Holladay, Appellant v. Gestamp Alabama, LLC |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
03/10/26 #16