No. 25-10746

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

THE TOWN OF PINE HILL, ALABAMA

*Plaintiff-Appellee,*

v.

3M COMPANY,

*Defendant-Appellant,*

DAIKIN AMERICA, INC., et al.,

*Defendants*.

On Appeal from the United States District Court for the Southern
District of Alabama, No. 2:24-cv-00284-KD-N

## UNOPPOSED MOTION FOR LEAVE
## OF COURT FOR ATTORNEY TO
## APPEAR AND ARGUE

Matthew R. Griffith
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
301 St. Louis Street
Mobile, AL 36602
(251) 308-1515
matt.griffith@beasleyallen.com

Elliot S. Bienenfeld
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
2839 Paces Ferry Road #400
Atlanta, GA 30339
(404) 751-1162
elliot.bienenfeld@beasleyallen.com

*Attorneys for Plaintiff-Appellee*
*The Town of Pine Hill, Alabama*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Plaintiff-Appellee the Town of Pine Hill, Alabama ("the Town") certifies that the following is a list of persons and entities that have an interest in the outcome of this case:

1. 3M Company, *Appellant*;

2. Aquart, Nicholas A., *counsel for Appellant*;

3. Balch & Bingham, *counsel for Daikin America, Inc.*;

4. BASF Corporation, *co-defendant*;

5. Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., *counsel for Appellee*;

6. Beasley, Jere L, *counsel for Appellee*;

7. Bienenfeld, Elliot, *counsel for Appellee*;

8. Bradley, Arant, Boult Cummings, *counsel for BASF Corporation*;

9. Clement & Murphy PLLC, *counsel for Appellant*;

10. Clement, Paul D., *counsel for Appellant*;

11. Corteva, Inc., *co-defendant*;

12. Cozen O'Connor, *counsel for Solenis LLC*;

13. Cross, Anna Green, *counsel for Appellee*;

14. Cross Kincaid Baskam, LLC, *counsel for Appellee*;

15. Daikin America, Inc., *co-defendant*;

16. Davis, Richard Eldon, *counsel for Solenis LLC*;

17. Diab, David, *counsel for Appellee*;

18. Dixon, Shannon, *co-defendant*;

19. DLA Piper LLP US, *counsel for BASF Corporation*;

20. Dubose, Kristi K, *District Judge*;

21. Dupont De Nemours, Inc., *co-defendant*;

22. EIDP, Inc., *co-defendant*;

23. Estes, Allen McLean, *counsel for Daikin America, Inc.*;

24. Flachsbart, Elizabeth, *counsel for Daikin America, Inc.*;

25. Flax, Jillian, *counsel for Solenis LLC*;

26. Frazer, Greene, Upchurch & Baker, LLC, *counsel for Daikin America, Inc.*;

27. Gibson, Dunn & Crutcher, LLP, *counsel for Appellant*;

28. Gilchrist, Wesley B., *counsel for Appellant*;

29. Goldman, Lauren R., *counsel for Appellant*;

30. Griffith, Matthew Ross, *counsel for Appellee*;

31. Harrison, Mary Elizabeth, *counsel for EIDP, Inc., The*

*Chemours Company, DuPont De Nemours, Inc., Corteva, Inc.*;

32. Heller, James Harris, *counsel for Solenis LLC*;

33. International Paper Company, *co-defendant*;

34. Johnson, Andrew Burns, *counsel for BASF Corporation*;

35. Johnson, John M., *counsel for EIDP, Inc., The Chemours Company, DuPont De Nemours, Inc., Corteva, Inc.*;

36. Jones Day, *counsel for Daikin America, Inc.*;

37. Jones, Rhon E., *counsel for Appellee*;

38. King, Gavin Floyd, *counsel for Appellee*;

39. King, M. Christian, *counsel for Appellant*;

40. Lankford, Ambria LaFaye*, counsel for International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson*;

41. Lightfoot, Franklin & White, LLC, *counsel for Appellant*;

42. Lightfoot Franklin & White, LLC, *counsel for EIDP, Inc., the Chemours Company, Dupont De Nemours, Inc., Corteva, Inc.*;

43. Montalto, Vincent John, *counsel for BASF Corporation*;

44. Nelson, Katherine P., *Magistrate District Judge*;

45. Pearson, Carla, *co-defendant*;

46. Perry, Ken Law Firm, *counsel for International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson*;

47. Perry, Kenneth Martin, *counsel for International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson*;

48. Pompey & Pompey, PC, *counsel for International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson*;

49. Pompey, William M., *counsel for International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson*;

50. Prater, Harlan I. IV, *counsel for Appellant*;

51. Price, Jeffrey Donald, *counsel for Appellee*;

52. Radney, William Larkin, IV, *counsel for Appellant*;

53. Rhodes IV, C. Harker, *counsel for Appellant*;

54. Riney, Shelby, *counsel for Solenis, LLC*;

55. Saywell, James Robert, *counsel for Daikin America, Inc.*;

56. Solenis, LLC; *co-defendant*;

57. Speegle, Clinton Timothy, *counsel for EIDP, Inc., The Chemours Company, DuPont De Nemours, Inc., Corteva, Inc.*;

58. Starnes & Atchison, LLP, *counsel for Solenis, LLC*;

59. Tayrani, Amir C., *counsel for Appellant*;

60. The Chemours Company, *co-defendant*;

61. The Town of Pine Hill, Alabama, *Appellee*;

62. Thompson, Amber Nicole, *counsel for Appellant*;

63. Traeger, William H., III, *counsel for EIDP, Inc., The Chemours Company, DuPont De Nemours, Inc., Corteva, Inc.*;

64. Tyree, Zachary, *counsel for Appellant*;

65. Upchurch, Michael E., *counsel for Daikin America, Inc.*;

66. Webb, Steve, *co-defendant*;

67. Weyerman, Elizabeth, *counsel for Appellee*;

68. Williams, Kayla R., *counsel for Appellant*;

69. Yeilding, Christopher Lynch, *counsel for Daikin America, Inc.*

Plaintiff-Appellee further states that it is a municipality that is not publicly held; is not publicly traded; has no subsidiary companies; and has no parent company.

Pursuant to Eleventh Circuit Rule 34-4(e), Plaintiff-Appellee The Town of Pine Hill, Alabama (the "Town") respectfully moves for leave for Anna Green Cross to appear in this matter. Oral argument has been scheduled for May 5, 2026. Should this motion be granted, Ms. Cross intends to present oral argument on behalf of the Town. Following consultation with counsel for Defendant-Appellant, undersigned is authorized to represent to this Court that this motion is unopposed.

Plaintiff-Appellee thus respectfully requests that Anna Green Cross be granted leave to appear and to file a Notice of Appearance.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Matthew R. Griffith*

Elliot S. Bienenfeld
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
2839 Paces Ferry Road #400
Atlanta, GA 30339
(404) 751-1162
elliot.bienenfeld@beasleyallen.com

Matthew R. Griffith
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
301 St. Louis Street
Mobile, AL 36602
(251) 308-1515
matt.griffith@beasleyallen.com

*Counsel for Plaintiff-Appellee*
*The Town of Pine Hill, Alabama*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 93 words, excluding the parts exempted by Fed. R. App. P. 32(f) and 11th Cir. R. 32-4

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word with 14-point Times New Roman font.

Dated: March 13, 2026     Respectfully submitted,


       /s/ Matthew R. Griffith

      Matthew R. Griffith
      BEASLEY, ALLEN, CROW, METHVIN,
      PORTIS & MILES, P.C.
      301 St. Louis Street
      Mobile, AL 36602
      matt.griffith@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I caused a true and correct copy of this brief to be filed electronically through the Court's CM/ECF system, which will send a notice of filing to all registered users.

<u>/s/ Matthew R. Griffith</u>

Matthew R. Griffith
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
301 St. Louis Street
Mobile, AL 36602
matt.griffith@beasleyallen.com