# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10746
_____

THE TOWN OF PINE HILL, ALABAMA,

*Plaintiff-Appellee,*

*versus*

3M COMPANY,

*Defendant-Appellant,*

DAIKIN AMERICA, INC., et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 2:24-cv-00284-KD-N
_____

ORDER:

Appellee's motion for leave for attorney Anna Green Cross to appear in this appeal is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION