In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10746

_____

THE TOWN OF PINE HILL, ALABAMA,

*Plaintiff-Appellee,*

*versus*

3M COMPANY,

*Defendant-Appellant,*

DAIKIN AMERICA, INC., et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 2:24-cv-00284-KD-N

_____

Before NEWSOM, KIDD, and WILSON, Circuit Judges.

BY THE COURT:

Within 7 days, the parties shall file letter briefs of no more than 700 words addressing the impact on this case of the Supreme

Court's decision in *Chevron USA Inc. v. Plaquemines Parish, Louisiana*, 608 U.S. ___ (Apr. 17, 2026).