—————————————

No. 25-10746

—————————————

THE TOWN OF PINE HILL, ALABAMA,

*Plaintiff-Appellee,*

*versus*

3M COMPANY,

*Defendant-Appellant,*

DAIKIN AMERICA, INC., et al.,

*Defendants.*

—————————————

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 2:24-cv-00284-KD-N

—————————————

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION